UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-11-6037-RMP |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO MODIFY |
| ROY H. MURRY, | |
| Defendant. | |

Before the Court is Defendant Roy H. Murry's unopposed Motion to Modify Conditions of Pretrial Release. For good cause shown, Mr. Murry's Motion (ECF No. 33) is GRANTED.

Mr. Murry's conditions of release are modified to permit travel to the District of Idaho as approved by Pretrial Services.

DATED July 29, 2011.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER - 1